UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*v.*<br><br>**MICHAEL JUDE FAY** | No. 07-cr-198 (JBA) |

**ORDER RE. EXTENSION OF SURRENDER DATE**

Construing defendant's motion as a renewed motion with documentation (lack of which was the basis for the Court's earlier denial), and after a telephonic conference with counsel this date, defendant's motion to extend his surrender date is GRANTED in part, with consent. Mr. Fay's surrender date is extended to noon, August 6, 2008.

IT IS SO ORDERED.

/s/
_____

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut, this 7th day of July, 2008