UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America | |
| *v.* | Criminal No. 3:07cr198 (JBA) |
| Michael Jude Fay | |

**ORDER RE: SURRENDER DATE**

During a telephone conference held on October 7, 2008, plans were detailed to transfer Defendant's clinical trial participation to the Dana-Farber Cancer Institute. Accordingly, Defendant is ordered to surrender on October 21, 2008, by 12:00 noon, to the Bureau of Prisons facility FMC Devens in Ayer, Masssachusetts.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 8th day of October, 2008.